## LIDGETT agt. PAIGE

Charles Lidgett plaint. ag$^t$ Nicholas Paige Def$^t$ in an action of debt of two hundred Forty three pound two Shillings good and currant mony of New-England due by bond under his hand & Seale bearing date the. 20° of July. 1676. with all other due damages according to attachm$^t$ dat$^d$ April: 18° 1677. . . . The Jury . . . found for the Defend$^t$ costs of Court.

## BASS agt. BELCHER

Samuel Bass Senio$^r$ plaint. ag$^t$ Joseph Belcher in an action of the case for witholding a debt of four pounds ten Shillings or thereabout due for Malt received by the s$^d$ Belcher with all other damages according to attachm$^t$ dat$^d$ March. 16° 1676/7. . . .The Jury . . . found for the plaintife four pound ten Shillings & costs of Court allowd twenty Shillings.

Execucion issued april. 30° 1677.